NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3183

WILLIAM A. MYERS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board
in CH3443070628-I-1.

ON MOTION

O R D E R

Upon consideration of the petitioner's motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

MAY - 8 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Gregory T. Rinckey, Esq.
       Douglas K. Mickle, Esq.

s8

ISSUED AS A MANDATE:    MAY - 8 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 8 2009

JAN HORBALY
CLERK